DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8937
    Facsimile: 415-744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERRI A. POYNTER, | No. 2:17-cv-02525-JAD-GWF |
| Plaintiff, | **JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| v. | |
| NANCY A. BERRYILL, Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

    Plaintiff, Sherri A. Poynter, and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), stipulate, with the approval of this Court, to an extension of time for the Commissioner to respond to Plaintiff's Motion for Judgment on the Pleadings by 30 days, from March 7, 2018 to April 6, ~~2017,~~ 2018 with all other dates extended

Stipulation for Extension, No. 2:16-cv-02525 JAD-GWF

-1-

| | |
|---|---|
| 1 | accordingly. This is the Commissioner's first request for an extension. She makes it based on |
| 2 | the undersigned agency attorney's heavy workload. |

DATE: March 1, 2018                Respectfully submitted,

DAYLE ELIESON
United States Attorney

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

DATE: March 1, 2018                Respectfully submitted,

*/s Hal Taylor*
HAL TAYLOR
Attorney for Plaintiff
*per email authorization on March 1, 2018

## ORDER

IT IS SO ORDERED.

DATED: March 2, 2018        BY: _George Foley Jr._
                            HON. GEORGE W. FOLEY
                            UNITED STATES MAGISTRATE JUDGE

Stipulation for Extension, No. 2:16-cv-02525 JAD-GWF

-2-

# DEFENDANT'S CERTIFICATE OF SERVICE

I certify that I caused the Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of Judgment to be served, via CM/ECF notice, on:

    HAL TAYLOR
    Attorney At Law
        haltaylorlawyer@gbis.com

    HANNALORE B. MERRITT
    Managing Associate, Appellate Division
    Osterhout Berger Disability Law, LLC
        hannalore@mydisabilityattorney.com

Date: March 1, 2018

        DAYLE ELIESON
        United States Attorney

By: */s/ Elizabeth Firer*
       ELIZABETH FIRER
       Special Assistant United States Attorney

       Attorneys for Defendant

Stipulation for Extension, No. 2:16-cv-02525 JAD-GWF